David R. Krause-Leemon, State Bar No. 185719
Email: dkrause-leemon@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
601 South Figueroa, Suite 3900
Los Angeles, California 90017
Telephone: (213) 892-4992
Facsimile: (213) 452-8028

Attorneys for Merrill Lynch, Pierce, Fenner & Smith Incorporated

Erwin J. Shustak, State Bar No. 119152
Email: eshustak@shufirm.com
SHUSTAK, FROST & PARTNERS, P.C.
401 West "A" Street, Suite 2330
San Diego, California 92101
Telephone: (619) 696-9500
Facsimile: (619) 615-5290

Attorneys for Mark Rossel and Shustak, Frost & Partners, P.C.

***MADE JS-6***

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ROSSEL,<br><br>　　　　Petitioner,<br><br>v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,<br><br>　　　　Respondent. | Case No. CV 09-06902-GW(PLAx)<br><br>Hon. George H. Wu<br><br>**STIPULATED JUDGMENT** |
| AND RELATED ACTIONS. | |

Petitioner and Cross-Respondent, Mark Rossel ("Rossel"), Respondent and Cross-Petitioner, Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch") and Intervenor Shustak Frost & Partners, P.C. ("SFP"), by and through their counsel, hereby stipulate to entry of judgment as follows:

1. IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Award issued by the Financial Industry Regulatory Authority ("FINRA"), served on June 10, 2009, in favor of Merrill Lynch and against Rossel ("Award One") and providing as follows:

> 1. Respondent Mark Rossel is liable to and shall pay Claimant Merrill Lynch, Pierce, Fenner & Smith Incorporated compensatory damages in the sum of $252,916.91, which includes attorney's fees according to the contract between the parties.
>
> 2. Respondent Mark Rossel is liable to and shall pay Claimant Merrill Lynch, Pierce, Fenner & Smith Incorporated interest in the amount of $22.03 per day beginning 30 days after service of the award until the award is paid.
>
> 3. The parties shall bear their respective costs and attorney's fees except where noted otherwise.
>
> 4. Any and all relief not specifically addressed herein is denied.

SHOULD BE AND IS HEREBY CONFIRMED.

2. IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Award issued by FINRA, served on August 11, 2009, and issued in favor of Rossel and against Merrill Lynch ("Award Two") and providing as follows:

> 1. Respondent is liable for and shall pay Claimant compensatory damages of $252,916.91.

      2. Respondent is liable for and shall pay Claimant interest on $252,916.91 in the amount of 4.5% per annum commencing thirty (30) days after service of the Award and continuing until the Award is paid in full.

      3. Claimant's request for expungement is denied.

      4. Any and all relief not specifically addressed herein, including punitive damages, is denied.

IS HEREBY MODIFIED to provide that any amount owed by Merrill Lynch to Rossel pursuant to Award Two should be and hereby is offset by the amount owed by Rossel to Merrill Lynch under Award One.  As modified, Award Two SHOULD BE AND IS HEREBY CONFIRMED.

      IT IS SO STIPULATED.

DATED: _____2011   MCKENNA LONG & ALDRIDGE LLP

By: _____
David R. Krause-Leemon
Attorneys for Respondent and Cross-Petitioner
Merrill Lynch Pierce Fenner & Smith
Incorporated

DATED: _____2011   SHUSTAK FROST & PARTNERS, P.C.

By: _____
Erwin J. Shustak
Attorneys for Petitioner and Cross-Respondent
Mark Rossel

DATED: _____2011    SHUSTAK FROST & PARTNERS, P.C.

By: _____
Erwin J. Shustak
Attorneys for Plaintiff in Intervention, Shustak Frost & Partners, P.C.

Based upon the foregoing stipulation of the parties,

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: March 28, 2012_____     _____
GEORGE H. WU, U.S. District Judge

201170121.1